UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO. 9:17-CV-80393-ROSENBERG/HOPKINS

CHARLES T. JOHNSON, individually and
on behalf of all others similarly situated,

Plaintiff,

v.

NPAS SOLUTIONS, LLC,

Defendant.

**DECLARATION OF JENNA DICKENSON IN SUPPORT OF
OBJECTION TO PROPOSED SETTLEMENT**

I, Jenna Dickenson, declare as follows:

1.     I am over the age of 18 and make this declaration based on my personal

knowledge and, if called as a witness, would testify competently thereto.

2.     I submit this declaration in support of my objection to the proposed class-

action Settlement Agreement, incentive awards, and attorneys' fees in *Johnson*

*v. NPAS Solutions LLC;* No. 9:17-cv-80393 ("*NPAS*").

3.     During the proposed Class Period in *NPAS*, I have without my consent

received calls similar to those described in the *NPAS* Amended Complaint on

my cell phone, # (xxx) xxx-2813.

1

4.     Based on my receipt, without my consent, of calls like those described in the

*NPAS* Amended Complaint, as well as on my receipt of the notice and claim

form for the case, I believe I am a member of the Settlement Class.

5.     Attached hereto as Exhibit 1 is a true and correct copy of the notice and claim

form that I received in connection with the proposed *NPAS* settlement, from

which my address has been redacted.   Any communications may be directed to

my counsel in this matter.

6.     I submitted my claim form concerning this matter on or about February 4,

2018.  Attached hereto as Exhibit 2 is a true and correct copy (with sensitive

personal information redacted) of a receipt from the claims administrator

reflecting my Claim ID.

I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.  Executed on March 15, 2018.

_____

Jenna Dickenson

2

# EXHIBIT 1

Johnson v. NPAS Solutions, LLC
Settlement Administrator
P.O. Box 404042
Louisville, KY 40233-4042

sub online
2/4/18



PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
**PAID**
SANTA ANA, CA
PERMIT NO. 626

**This is a notice of a settlement of a class action lawsuit.**
**This is _not_ a notice of a lawsuit against you.**

If you received a wrong-number call on your cell phone from NPAS Solutions, LLC between March 28, 2013 and December 4, 2017, you may be entitled to compensation as a result of the settlement in the class action lawsuit captioned:

*Johnson v. NPAS Solutions, LLC,*
No. 9:17-cv-80393 (S.D. Fla.)

A federal court authorized this notice. This is not a solicitation from a lawyer.

Please read this notice carefully. It summarily explains your rights and options to participate in a class action settlement.



Postal Service: Please Do Not Mark Barcode

NPJ-10017849-9
PIN Code: 831392

0103328**P0003-S0226-B0003****AUTO**ALL FOR AADC 730

Jenna M Dickenson
REDACTED

# NPJ

Carefully separate at perforation

**CHANGE OF ADDRESS (ONLY IF DIFFERENT FROM ABOVE):**

Street Address:

City                                                                    State        Zip:

Telephone number on which I received the call(s):

I am a member of the settlement class in Johnson v. NPAS Solutions, LLC. I received one or more wrong-number telephone calls from NPAS Solutions, LLC to a cellular telephone between March 28, 2013 through December 4, 2017.

IF YOU MOVE, send your CHANGE OF ADDRESS to the Settlement Administrator at the address on the backside of this form.

_____                    _____
Signature                                       Date

To receive a payment you must enter all requested information above, sign and mail this Claim Form, postmarked on or before March 19, 2018. Or you may visit the settlement website, www.JohnsonNPASSolutionsSettlement.com, or call 866-650-4059.

To exclude yourself from the class action settlement you must mail a written request for exclusion to the Claims Administrator, postmarked on or before March 19, 2018. Your request must include the information required by the Court's December 4, 2017 Order.

Claim ID: 10017849

**What is this lawsuit about?** Charles T. Johnson filed this lawsuit against NPAS Solutions, LLC ("NPAS Solutions"), alleging that NPAS Solutions violated the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227. NPAS Solutions denies the allegations. The parties have agreed to a settlement.

**Why did you receive this notice?** You received this notice because NPAS Solutions' records identified you as a potential member of the following class: All persons in the United States who (a) received calls from NPAS Solutions, LLC between March 28, 2013 and December 4, 2017 that (b) were directed to a phone number assigned to a cellular telephone service, (c) for which NPAS Solutions' records contain a "WN" designation, and (d) were placed using an automatic telephone dialing system.

**What does the settlement provide?** NPAS Solutions will establish a settlement fund in the amount of $1,432,000.00. Out of the settlement fund, NPAS Solutions will pay: (1) Settlement compensation to class members; (2) the costs and expenses of administrating the class action settlement, not to exceed $275,000; (3) an award of attorneys' fees not to exceed 30 percent of the fund, subject to the Court's approval; (4) costs and expenses incurred by Class Counsel litigating this matter not to exceed $6,000, subject to the Court's approval; and (5) an incentive award to Mr. Johnson not to exceed $6,000, subject to the Court's approval. It is estimated that each valid claimant will receive between $40 and $80, depending on the number of class members who participate.

**What are your legal rights and options?** As a class member, you have four options. First, you may timely complete and return the Claim Form found on the backside of this postcard, or timely submit a claim online at www.JohnsonNPASSolutionsSettlement.com or by calling 866-650-4059, in which case you will receive a proportionate share of the settlement fund after deducting the above-listed expenses and will release any claim(s) that you have against NPAS Solutions related to the claims in this case. Second, you may do nothing, in which case you will not receive a share of the settlement fund, but you will release any claim(s) that you have against NPAS Solutions related to the claims in this case. Third, you may exclude yourself from the settlement, in which case you will neither receive a share of the settlement fund, nor release any claim(s) that you have against NPAS Solutions. Or fourth, you may object to the settlement. To obtain additional information regarding the manner in which you may exercise your legal rights and options, please visit www.JohnsonNPASSolutionsSettlement.com, or contact the settlement administrator by writing to: Johnson v. NPAS Solutions Settlement Administrator, P.O. Box 404042, Louisville, KY 40233-4042 or by calling 866-650-4059.

**When is the final fairness hearing?** The Court will hold a final fairness hearing on **May 7, 2018 at 11:00 a.m.** The hearing will take place in the United States District Court for the Southern District of Florida, Paul G. Rogers Federal Building and Courthouse, 701 Clematis Street, Courtroom 2, West Palm Beach, FL 33401. At the final fairness hearing, the Court will consider whether the settlement is fair, reasonable, and adequate and, if so, whether it should be granted final approval. The Court will hear objections to the settlement, if any. The Court may make a decision at that time, postpone a decision, or continue the hearing.

Place
Stamp
Here

Johnson v. NPAS Solutions
Settlement Administrator
P.O. Box 404042
Louisville, KY 40233-4042

**NPJ**

# EXHIBIT 2

## Jenna Dickenson

**From:**         Jenna Dickenson REDACTED
**Sent:**         Monday, February 5, 2018 7:21 AM
**To:**           Jenna Dickenson
**Subject:**      Fwd: Confirmation of receipt of your online Johnson v. NPAS Solutions LLC class action claim

---------- Forwarded message ----------
From: <donotreply@kccllc.com>
Date: Feb 4, 2018 9:41 AM
Subject: Confirmation of receipt of your online Johnson v. NPAS Solutions LLC class action claim
To: REDACTED
Cc:

Thank you for filing your claim online on 2/4/2018 10:41:11 AM.

Your **Claim ID** is: **NPJ-10017849-9**

Please retain this information in your records and use the Claim ID in any communications with KCC regarding this case.
***************************************************************************
Please visit the following website to read the KCC legal notice:
http://www.kccllc.com/Email-Disclaimer/
***************************************************************************